**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALLEN REICHMAN,**

**Plaintiff,**

**- against -**

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

**Defendant.**

**26-cv-5242 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 18, 2026.** The conference scheduled for September 23, 2026 is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**September 1, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**